02-11-357-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-11-00357-CV

 

 


 
 
 In re 105 Restaurant Group Inc.
 
 
  
 
 
 RELATOR
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                       ------------

The
court has considered relator’s petition for writ of mandamus and is of the
opinion that relief should be denied.  Accordingly, relator’s petition for writ
of mandamus is denied.

 

PER CURIAM

 

PANEL: 
WALKER, MEIER, and GABRIEL, JJ.

 

DELIVERED: 
September 29, 2011









          [1]See
Tex. R. App. P. 47.4, 52.8(d).